FILED

June 20, 2011

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003574820

CURTIS R. WEBER, ESQ. (SBN: 64700)
4801 Laguna Blvd., Ste. 105-142
Elk Grove, California 95758
Telephone: (916) 271-2512
Facsimile: (916) 399-4202


Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE:

HOANG T. NGUYEN and
HANH VAN TRAN

          Debtors.

Case No.: **11-29364**
Chapter **7**

DC NO:   CRW-02

Date:   **July 11, 2011**
Time:   **10:00 a.m.**
Place:   **501 I Street, 7th Flr.**
          **Sacramento, CA**
**Dept.:**   **28**

## AMENDED MOTION TO ABANDON PERSONAL PROPERTY – DEBTORS BUSINESS

Debtors, HOANG T. NGUYEN and HANH VAN TRAN, hereby request, pursuant to Federal Rules of Bankruptcy Procedure, Rule 6007(b), an order abandoning the debtors business, a sole proprietorship known as "Nails Specialty," for the reasons set forth in the declaration of Debtors, filed concurrently herewith.

Dated:   June 20, 2011

_____
CURTIS R. WEBER, ESQ., Attorney for Debtors

Motion to Avoid Lien

1